## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## [FORT WORTH DIVISION]

| | |
|---|---|
| **RICK RAGON** § | |
| § | |
| **V.** § | **CIVIL ACTION NO. 4:25-cv-00881** |
| § | |
| **ALBERTSON'S, LLC D/B/A** § | |
| **ALBERTSONS** § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES/ DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1 (c), LR 3.2 (e), LR 7.4, LR 81.1 (a) (4)(D), and LR 81.2, RICK RAGON, Plaintiff, provides the following information:

A complete list of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Plaintiff, Rick Ragon
   c/o Mark B. Levin
   Attorney Brian White & Associates
   Federal Bar No.: 10202
   3120 Southwest Freeway, Ste. 300
   Houston, Texas 77098
   (713) 500-5000 Telephone
   (713) 500-5555 Facsimile
   E-Service: litigation@attorneybrianwhite.com
   mark@attorneybrianwhite.com

2. Defendant, Albertson's, LLC D/B/A Albertsons
   c/o Karl Seelbach
   Doyle & Seelbach
   SBN: 24044607
   13215 Bee Cave Parkway, Suite A220
   Austin, Texas 78738
   512-960-4890 Tel
   karl@doyleseelbach.com

Respectfully submitted,

**ATTORNEY BRIAN WHITE & ASSOCIATES, P.C.**


*/s/ Mark B. Levin*
**MARK B. LEVIN, of Counsel**
SBN: 12254020
SD No. 10202
3120 Southwest Freeway, Suite 300
Houston, Texas 77098
(713) 500-5000
(713) 500-5555 Fax
Email: mark@attorneybrianwhite.com

**ATTORNEY FOR PLAINTIFF**

**OF COUNSEL :**
**ATTORNEY BRIAN WHITE & ASSOCIATES, P.C.**


**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2025, a true and correct copy of the foregoing instrument was Filed with the Clerk of the Court using CM/ECF system, and was served on counsel as follows:

**VIA E-FILE**
Karl Seelbach
Doyle & Seelbach, PLLC
13215 Bee Cave Parkway, Suite A220
Austin, Texas 78738


*/s/ Mark Levin*
**MARK B. LEVIN**